1  Susan St. Vincent
   Acting Legal Officer
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California 95389
4  Telephone: 209-372-0241

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES GOVERNMENT,    )    CASE: 6:11-MJ-0160-MJS
                                  )
12 |         Plaintiff,            )
                                  )    STIPULATION TO VACATE
13 |    vs.                        )     STATUS CONFERENCE; AND
                                  )    ORDER THEREON
14 | DANIEL C. ALSUP,              )
                                  )
15 |         Defendant.            )    Court: U.S. District Court - Yosemite
                                  )    Judge: Honorable Michael J. Seng
16                                 )

17      IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal

18 officer for the National Park Service, Defendant, Daniel C. Alsup, and his attorney of record,

19 Peggy Sasso, that the status conference in the above-captioned matter currently scheduled for

20 January 18, 2012 be vacated. The parties have entered into a Deferred Prosecution Agreement.

21

22 Dated: January 17, 2012              /s/ Susan St. Vincenyt
                                        Susan St. Vincent
23                                      Acting Legal Officer for
                                        National Park Service
24

25 Dated: January 17, 2012              /s/ Peggy Sasso
                                        Peggy Sasso
26                                      Attorney for
                                        Daniel C. Alsup
27

28

                                    1

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request to vacate the status conference, now set for January 18, 2012, HEREBY ORDERS AS FOLLOWS:

The status conference set for January 18, 2012, is vacated.

IT IS SO ORDERED.

Dated:   January 18, 2012          /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE